```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 14302
   CHARLES TAYLOR III
   DADRIANE J TAYLOR                           CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2763    SSN XXX-XX-4601

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/02/2006 and was confirmed 01/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  70.00%.

     The case was converted to chapter 7 after confirmation 12/05/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
BAYVIEW LOAN SERVICING    CURRENT MORTG         .00            .00           .00
CITY OF CHICAGO WATER DE  SECURED             358.00           .00        110.00
COOK COUNTY TREASURER     SECURED            1452.00           .00        600.00
DRIVE FINANCIAL SERVICES  SECURED VEHIC     12991.00        885.00       3017.13
US CELLULAR               UNSECURED         NOT FILED          .00           .00
ADVOCATE CHRIST MEDICAL   UNSECURED         NOT FILED          .00           .00
CHRIST MEDICAL CENTER     UNSECURED         NOT FILED          .00           .00
ADVOCATE MSO SERVICES     UNSECURED         NOT FILED          .00           .00
AMERICAN LOANS            UNSECURED           4532.95          .00        277.59
AMERICAN LOANS            UNSECURED           2490.49          .00        152.52
QUEST DIAGNOSTICS INC     UNSECURED         NOT FILED          .00           .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED          .00           .00
BLACK EXPRESSION          UNSECURED         NOT FILED          .00           .00
ORCHARD BANK              UNSECURED         NOT FILED          .00           .00
CAPITAL ONE               UNSECURED           1171.87          .00         71.76
PORTFOLIO RECOVERY ASSOC  UNSECURED           8096.74          .00        495.84
CONSULTANTS IN CLINICAL   UNSECURED         NOT FILED          .00           .00
COOK COUNTY STATES ATTOR  UNSECURED         NOT FILED          .00           .00
DUVERA FINANCIAL          UNSECURED         NOT FILED          .00           .00
DVRA BILLING              UNSECURED         NOT FILED          .00           .00
FIRST PREIMER BANK        UNSECURED         NOT FILED          .00           .00
ADVOCATE CHRIST HOSPITAL  UNSECURED         NOT FILED          .00           .00
ADVOCATE CHRIST MEDICAL   UNSECURED         NOT FILED          .00           .00
HARRIS & HARRIS           UNSECURED         NOT FILED          .00           .00
HARRIS & HARRIS           UNSECURED         NOT FILED          .00           .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED          .00           .00
LITTLE COMPANY OF MARY H  UNSECURED         NOT FILED          .00           .00
LITTLE COMPANY OF MARY H  UNSECURED         NOT FILED          .00           .00
MALCOLM S GERALD & ASSOC  UNSECURED         NOT FILED          .00           .00
EVERGREEN EMERGENCY SERV  UNSECURED         NOT FILED          .00           .00
EVERGREEN EMERGENCY SERV  UNSECURED         NOT FILED          .00           .00
EVERGREEN EMERGENCY SERV  UNSECURED         NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 14302 CHARLES TAYLOR III & DADRIANE J TAYLOR
```

```
MIDLAND CREDIT MANAGEMEN UNSECURED         NOT FILED              .00             .00
MIDLAND CREDIT MANAGEMEN UNSECURED            207.35              .00             .00
MCI COMMUNICATION SERVIC UNSECURED         NOT FILED              .00             .00
MIDWEST ORTHOPAEDIC CONS UNSECURED         NOT FILED              .00             .00
NATIONAL QUICK CASH #457 UNSECURED         NOT FILED              .00             .00
BANK FIRST               UNSECURED         NOT FILED              .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED            563.71              .00           21.64
FIRST CONSUMERS NATIONAL UNSECURED         NOT FILED              .00             .00
ORCHARD VS               UNSECURED         NOT FILED              .00             .00
PALSIADES COLLECTIONS    UNSECURED         NOT FILED              .00             .00
VATIV RECOVERY SOLUTIONS UNSECURED            251.38              .00           15.39
PEOPLES GAS LIGHT & COKE UNSECURED         NOT FILED              .00             .00
RADIOLOGY IMAGING SPECIA UNSECURED         NOT FILED              .00             .00
RIDDLE & ASSOCIATES      UNSECURED         NOT FILED              .00             .00
RIDGE ORTHOPEDICS & REHA UNSECURED         NOT FILED              .00             .00
AT&T                     UNSECURED         NOT FILED              .00             .00
VILLAGE OF BRIDGEVIEW    UNSECURED            250.00              .00           15.31
LITTLE COMPANY OF MARY H UNSECURED         NOT FILED              .00             .00
TOYOTA MTR               UNSECURED         NOT FILED              .00             .00
DADRIANE TAYLOR          NOTICE ONLY       NOT FILED              .00             .00
DRIVE FINANCIAL SERVICES UNSECURED            473.77              .00           18.19
CITY OF CHICAGO WATER DE SECURED NOT I        338.69              .00             .00
BAYVIEW LOAN SERVICING   MORTGAGE ARRE       423.74              .00          423.74
BAYVIEW LOAN SERVICING L NOTICE ONLY       NOT FILED              .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY         1,963.00                       1,963.00
TOM VAUGHN               TRUSTEE                                              545.80
DEBTOR REFUND            REFUND                                               462.09

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  9,075.00

PRIORITY                                               .00
SECURED                                           4,150.87
    INTEREST                                        885.00
UNSECURED                                         1,068.24
ADMINISTRATIVE                                    1,963.00
TRUSTEE COMPENSATION                                545.80
DEBTOR REFUND                                       462.09
                         ---------------        ---------------
TOTALS                   9,075.00                 9,075.00
```

            PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 14302 CHARLES TAYLOR III & DADRIANE J TAYLOR

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE